UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ELLIOT M. HIRSCH,<br><br>                              Plaintiff,<br><br>          -against-<br><br>JOANNE D. QUINONES, et al.,<br><br>                              Defendants. | 21-CV-6311 (LTS)<br><br>CIVIL JUDGMENT |

     Pursuant to the order issued August 23, 2021, dismissing the complaint,

     IT IS ORDERED, ADJUDGED AND DECREED that the complaint is dismissed under 28 U.S.C. § 1915(e)(2)(B)(i), (iii).

     The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated:   August 23, 2021
           New York, New York

                                                /s/ Laura Taylor Swain
                                                  LAURA TAYLOR SWAIN
                                         Chief United States District Judge